IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

HENRY WHITE                                                                                                    PLAINTIFF

VS.                                                              CIVIL ACTION NO.: 3:06CV00574(DPJ)(JCS)

WILLIE GOSS ENTERPRISES, INC.,
a/k/a GOSS ENTERPRISES, INC.                                                                     DEFENDANT

## ORDER OF DISMISSAL

Pursuant to a Stipulation of Dismissal filed by the parties with the Clerk of the Court, and as further evidenced by the signatures below of their duly authorized counsel of record, the Court hereby orders that all of the Plaintiff's claims in the above-titled action against Defendant, Willie Goss Enterprises, Inc., d/b/a Goss Security, are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and respective costs incurred in connection with this action.

IT IS, THEREFORE, ORDERED that all of Plaintiff's claims in the above-titled action are hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 27th day of August, 2007.

                                                                          s/ *Daniel P. Jordan III*
                                                                          UNITED STATES DISTRICT JUDGE


/s/ Louise Harrell
LOUISE HARRELL


/s/ Saundra Strong
W. THOMAS SILER, JR.
SAUNDRA B. STRONG

JO.99364713.1